

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The reporter's record was due March 31, 2015. On March 30, 2015, the court reporter filed a request for an extension of time until May 29, 2015 to file the record. We **grant the motion in part** and **order Tracy Plummer** to file the reporter's record by **April 30, 2015**. *See* TEX. R. APP. P. 35.3(c) (stating court of appeals must not grant an extension exceeding thirty days in an ordinary appeal).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court